FILED
CLERK, U.S. DISTRICT COURT

MAR 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY J. ROQUE,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK, WARDEN,<br><br>    Respondent. | NO. CV 07-4485 DOC (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing this action with prejudice as time-barred.

DATED: March 7, 2008

_____
DAVID O. CARTER
United States District Judge