FILED
CLERK, U.S. DISTRICT COURT

MAR 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY J. ROQUE, | NO. CV 07-4485 DOC (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| KEN CLARK, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 7, 2008

_____
DAVID O. CARTER
United States District Judge